IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JENNIFER WORKMAN, et al.,

          Plaintiffs,

v.                                                CIVIL ACTION NO. 2:09-cv-00325

MINGO COUNTY SCHOOLS, et al.,

          Defendants.

### JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order granting the defendants' motions for summary judgment, the court **ORDERS** that judgment be entered in favor of the defendants Mingo County Board of Education, Dr. Steven L. Paine, and Dwight Dials, that the Third-Party Complaint [Docket 82] be dismissed as moot and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                                         ENTER:        November 3, 2009

*Joseph R. Goodwin, Chief Judge*